UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RICHARD J. VELUZ,<br><br>                  Defendant. | 2:02-cr-00078-LRH-PAL<br><br>ORDER |

Before the court is Defendant Richard Veluz' Motion in Support of Review and Correction of Sentence Pursuant to 18 U.S.C § 3582(c)(2) and *U.S. v. Booker* and *U.S. v. Ameline* (doc. #18) filed January 11, 2006. Having read and considered Defendant's motion, and the Government's Response thereto (doc. #19), filed January 30, 2006, the court finds that Defendant's motion must be denied.

First, the relief requested by Defendant Veluz is not available under 18 U.S.C. § 3582(c)(2) because Defendant's motion is not based upon the lowering of applicable sentencing guidelines by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(c). Second, to the extent Defendant motion seeks relief under *United States v. Booker*, 543 U.S. 220 (2005) or *United States v. Ameline*, 409 F.3d 1073 (9th Circ. 2005), Defendant's motion is untimely.

///

///

///

///

IT IS THEREFORE ORDERED that Defendant Richard Veluz' Motion in Support of Review and Correction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and *U.S. v. Booker* and *U.S. v. Ameline* (doc. #18) is DENIED.

IT IS SO ORDERED.

DATED this 30th day of May, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE